UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DOUGLAS SMITH                                   CIVIL ACTION

VERSUS                                          NUMBER: 11-2924

BURL CAIN, WARDEN                               SECTION: "N"(5)

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the petitioner on April 11, 2012 (Rec. Doc. No. 11), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Douglas Smith for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DISMISSED WITH PREJUDICE** as untimely.

New Orleans, Louisiana, this 18th day of April, 2012.

UNITED STATES DISTRICT JUDGE